EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:               | Querella     |
|----------------------|--------------|
| Manuel García Tamayo | 2000 TSPR 45 |

Número del Caso: TS-4613

Fecha: 26/01/2000

Colegio de Abogados:      Lcda. Carmen R. Cintrón Ferrer
                          Directora Ejecutiva

Materia: Conducta Profesional

Este documento constituye un documento oficial del Tribunal
Supremo que está sujeto a los cambios y correciones del
proceso de compilación y publicación oficial de las
decisiones del Tribunal. Su distribución electrónica se hace
como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Manuel García Tamayo                TS-4613

PER CURIAM

San Juan, Puerto Rico, a 26 de enero de 2000

Con fecha de 22 de septiembre de 1999 emitimos una Resolución donde le concedimos al Lcdo. Manuel García Tamayo un término de veinte (20) días para que compareciera y mostrara causa por la cual no debía ser suspendido de la notaría. Le advertimos que el incumplimiento con nuestra Resolución conllevaría la suspensión automática del ejercicio de la notaría y podría dar lugar a sanciones disciplinarias adicionales conforme lo dispuesto en In re: Pagán Ayala, 115 D.P.R. 814 (1984).

Ha pasado el término concedido al licenciado García Tamayo y éste no ha dado cumplimiento a

nuestra Resolución de 22 de septiembre de 1999. A tenor con lo antes expuesto, se dicta sentencia suspendiendo indefinidamente al licenciado García Tamayo del ejercicio de la notaría efectiva a la fecha de la notificación de esta Resolución y hasta que otra cosa disponga este Tribunal. Se le apercibe que el futuro incumplimiento con nuestras órdenes podría acarrear sanciones más severas.

Se ordena al Alguacil de este Tribunal la incautación de los protocolos y sello notarial.

Se dicta sentencia de conformidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

    Manuel García Tamayo                TS-4613

SENTENCIA

San Juan, Puerto Rico, a 26 de enero de 2000

        Por los fundamentos antes expuestos en la Opinión Per Curiam que antecede, la cual se hace formar parte integrante de la presente, se dicta sentencia y se suspende indefinidamente al Lcdo. Manuel García Tamayo del ejercicio de la notaría efectivo a la fecha de la notificación de esta resolución y hasta que otra cosa disponga el Tribunal.

        Se ordena a la Oficina del Alguacil que se incaute de su obra notarial y sello notarial.

        Notifíquese por correo certificado con acuse de recibo.

        Lo pronunció, manda el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Hernández Denton no intervino.

Isabel Llompart Zeno
Secretaria del Tribunal Supremo